TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00150-CV

Texas Natural Resource Conservation Commission, Appellant

v.

Thomas P. McDill, Jr., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 93-07567, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

PER CURIAM

 All matters of fact and things in controversy have been fully compromised and settled by
and between the parties to this cause. Appellant has filed a motion to dismiss the appeal. Tex. R. App.
P. 42.1(a)(2). We will grant the motion. 

Before Justices Powers, Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: February 12, 1998

Do Not Publish